In the Matter of the Application of FRANK A. MCGUIRE, Respondent, for a Writ of Mandamus *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.

*Matter of McGuire* v. *Prendergast,* 172 App. Div. ——, affirmed.
(Argued April 11, 1916; decided April 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1916, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to audit and pay the claim of petitioner for giving expert testimony. This proceeding was instituted to compel payment for services rendered in giving opinion evidence, based upon facts within the knowledge of the petitioner, before commissions appointed from time to time by judges of the Court of General Sessions in relation to the sanity of thirty-one prisoners who had pleaded insanity. Each of these prisoners was awaiting trial while confined in the city prison.

*Lamar Hardy, Corporation Counsel (John F. O'Brien, Terence Farley, Elliot S. Benedict* and *Hamilton Rogers* of counsel), for appellant.

*Isidor Wels* and *Frank Moss* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, COLLIN, HOGAN, SEABURY and POUND, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and CUDDEBACK, J.